UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CURTIS MACK,<br><br>          Defendant. | 2:04-cr-00344-RCJ-LRL<br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing in this matter currently scheduled for May 6, 2011 at 12:30 p.m., be vacated and continued to July 15, 2011 at 1:00 p.m.

Dated this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE